**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JIMMY VARRIANO, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO  DIVISION

| | |
|---|---|
| JIMMY VARRIANO,<br><br>Plaintiff,<br><br>KULDIP KUMAR THAKUR, et al.<br><br>Defendants. | Case No. 3:19-cv-08188-RS<br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1

2

3

4

5

Plaintiff JIMMY VARRIANO ("Plaintiff") and Defendants KULDIP KUMAR THAKUR,  and ASHA DEVI THAKUR (collectively, "Defendants") stipulate that this action be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), with each side bearing their own attorney fees, costs, and litigation expenses. The parties further request that the Court retain jurisdiction over enforcement over the parties' settlement agreement in accordance with General Order No. 56.

6

7

8

Respectfully submitted,

9

10

Dated: December 8, 2020                     _____/s/_____
Irakli Karbelashvili, Attorney for
Plaintiff JIMMY VARRIANO

11

12

13

14

15

Dated: December 9, 2020                     _____/s/_____
Bruce Nielson, Attorney for
Defendants KULDIP KUMAR THAKUR,  and
ASHA DEVI THAKUR

16

17

**Filer's Attestation**

18

19

I, Irakli Karbelashvili, attest that I received concurrence from Bruce Nielson in the filing of this document.

20

21

_____/s/_____
Irakli Karbelashvili

22

23

24

25

26

27

28

Page 2 of 3

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The court retains jurisdiction over the settlement agreement. The Order to Show Cause hearing is vacated. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated:  December 9, 2020

United States District Judge

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE